```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (510) 970-4836
     Facsimile: (415) 744-0134
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL-JESSE McKINNON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-00368-EFB<br><br>**STIPULATION TO EXTEND THE SCHEDULE IN THE COURT'S CASE MANAGEMENT ORDER** |

The parties, through the Defendant Acting Commissioner of Social Security, hereby request an extension of time of thirty (30) days to serve the Certified Administrative Record. This would extend the current service date of May 30, 2023, to June 29, 2023.

//

//

Respectfully submitted,

DATE: May 24, 2023					Law Office of Geri N. Kahn

*/s/ Geri Nadine Kahn*
Geri Nadine Kahn
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE: May 24, 2023		By	*/s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE:   May 25, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2